UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLEEN JACOBS LEVY | * | CIVIL ACTION NO.  10-1245 |
| | * | |
| VERSUS | * | |
| | * | |
| TRANSOCEAN, LTD., TRANSOCEAN | * | SECTION: "R" (3) |
| OFFSHORE DEEPWATER DRILLING, | * | |
| INC., TRANSOCEAN DEEPWATER, INC., | * | |
| BP, PLC,  BP PRODUCTS NORTH AMERICA, | * | |
| INC. AND HALIBURTON ENERGY SERVICES, | * | |
| INC. | * | |

****************************************************************************

FIRST SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel comes Darleen Jacobs Levy, who

moves to supplement and amend her original petition filed herein in the following respects:

I.

By supplementing and amending the the caption of this complaint to read as follows:

DARLEEN JACOBS LEVY

VERSUS

TRANSOCEAN, LTD., TRANSOCEAN
OFFSHORE DEEPWATER DRILLING,
INC., TRANSOCEAN DEEPWATER, INC.,
BP, PLC,  BP PRODUCTS NORTH AMERICA,
INC., HALIBURTON ENERGY SERVICES,
INC. AND CAMERON INTERNATIONAL
CORPORATION B/K/A COOPER CAMERON
CORPORATION

II.

By supplementing and amending Paragraph II to read as follows:

II.

Made an additional defendant herein is CAMERON INTERNATIONAL CORPORATION F/K/A COOPER CAMERON CORPORATION ("CAMERON"), a foreign corporation doing business in the State of Louisiana and within this district; upon information and belief, CAMERON manufactured and/or supplied the DEEPWATER HORIZON's blow-out preventors that failed to operate when the explosion occurred, thus failing to prevent the oil from spilling into the waters; plaintiff maintains that the blow-out preventors were defective because they failed to operate properly; said defendant is therefore liable pursuant to the Louisiana Products Liability Act and general negligence laws.

III.

By supplementing Paragraph IX to read as follows:

<u>NEGLIGENCE OF CAMERON INTERNATIONAL CORPORATION F/K/A COOPER CAMERON CORPORATION</u>

a)      Manufacturing defective blow-out-preventors;

b)      Failing to properly test the blow-out preventor to insure that it could withstand an explosion.

WHEREFORE, petitioner, DARLEEN JACOBS LEVY, reiterating and reavering each and every allegation of her original complaint as though copied at length herein, prays that her original complaint be supplemented and amended in the above particulars and that, after all legal delays and due proceedings had there be judgment herein in favor of plaintiff, DARLEEN JACOBS LEVY and against defendants jointly, severally and in solido for an amount to be determined together with legal interests, costs and attorney fees, including exemplary damages, if applicable, to which plaintiff is entitled by law, for trial by jury and for all general and equitable relief.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
AL SARRAT, ESQ.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiff


PLEASE SERVE DEFENDANTS AS FOLLOWS:

TRANSOCEAN, LTD.
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

TRANSOCEAN OFFSHORE DEEP WATER DRILLING, INC.
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

TRANSOCEAN DEEPWATER, INC.
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

BP, PLC
Through its agent for service of process
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, LA 70802-6129


CAMERON INTERNATIONAL CORPORATION
F/K/A COOPER CAMERON CORPORATION
(Along with the original Class Action Complaint for Damages)
Through its agent for service of process
C T Corporation System

5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808