UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARLEEN JACOBS LEVY** | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 10-1245 |
| | * | |
| versus | * | SECTION "R" |
| | * | JUDGE VANCE |
| **TRANSOCEAN, LTD., TRANSOCEAN** | * | |
| **OFFSHORE DEEPWATER DRILLING,** | * | MAGISTRATE NO. 3 |
| **INC., TRANSOCEAN DEEPWATER, INC.,** | * | MAG. JUDGE KNOWLES |
| **BP, PLC, BP PRODUCTS NORTH** | * | |
| **AMERICA, INC. AND HALLIBURTON** | * | |
| **ENERGY SERVICES, INC.** | * | |
| | * | |
| Defendants. | * | |
| ***************************************** | * | |

## ORDER

Considering the foregoing Unopposed Motion to Continue the hearings on Plaintiff's Motion for Class Certification and Plaintiff's Motion To Appoint Interim Plaintiffs' Counsel;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Class Certification and Plaintiff's Motion To Appoint Interim Plaintiffs' Counsel currently set for hearing on May 26, 2010 in this matter be and the same are **HEREBY CONTINUED AND RESET,** as to all defendants, to June 23, 2010 at 10:00 o'clock. a.m., subject to further order of this Court.

New Orleans, Louisiana, this 21st day of May, 2010.

*Sarah Vance*
_____
**HON. SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

1474174_1.DOC